IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02226-MSK-CBS

ROSALIA A. FAZZONE,

    Plaintiff,

v.

FRANKLIN D. AZAR & ASSOCIATES, P.C.,

    Defendant.

___

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
___

    THE COURT, having reviewed the parties Stipulation for Dismissal With Prejudice, and being fully informed on the issues, hereby ORDERS as follows:

    The above-referenced case is hereby dismissed with prejudice. Each party is to pay her or its own costs and attorneys' fees.

    DATED this 13th day of September, 2005.

    **BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge